# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

COLISEUM HOLDINGS, an Illinois Corp.,

    Plaintiff,

v.                                    CASE NO: 97-524-CIV-T-26E

DAVID LeFEVRE, etc., et al.,

    Defendants.
_____/

## ORDER

Before the Court is a Motion for Costs (Dkt. 237) filed by one of the defendants. The Court notes that this case is presently on appeal to the Eleventh Circuit Court of Appeals and that the entire case file has been transmitted to the Eleventh Circuit, including the motion and the Plaintiff's Response (Dkt. 243). Accordingly, because the Court is not in a position to rule on the motion because of the absence of the court file, it is **ORDERED AND ADJUDGED** as follows:

1)    A ruling on the Motion for Costs (Dkt. 237) is deferred until such time as the appeal has been disposed of by the Eleventh Circuit and the court file returned to this court.

**DONE AND ORDERED** at Tampa, Florida, on October 7, 1999.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record