

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 0 8 1999

THOMAS K. KAHN
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

97-524-CIV-T-26E

No. 99-10893-CC

---

COLISEUM HOLDINGS, an Illinois corporation,

Plaintiff-Counter-Defendant-Appellant,

versus

DAVID LEFEVRE, a Florida Citizen,

Defendant-Appellee,

LIGHTNING PARTNERS, LTD, a Florida limited partnership, LIGHTNING PARTNERS, INC., a Florida corporation,

Defendant-Counter-Claimants-Appellees,

LIGHTNING INTERNATIONAL, INC., a Florida corporation, KOKUSAI GREEN, a corporation or similar business entity, formed under the laws of Japan, et al.,

Defendants-Appellees,

TAMPA COLISEUM, INC., MARC GANIS, JAMES CUSACK,

Counter-Defendants.

---------------------------
On Appeal from the United States District Court for the
Middle District of Florida
---------------------------

246

## ENTRY OF DISMISSAL

Pursuant to 11th Cir.R. 42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 8th day of October, 1999.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Christina Klimenko
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: 
Deputy Clerk
Atlanta, Georgia