IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

97-524-civ-
T-26A

No. 99-10893-CC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 0 8 1999
THOMAS K. KAHN
CLERK

COLISEUM HOLDINGS, an Illinois corporation,
        Plaintiff-Counter-Defendant-Appellant,

versus

DAVID LEFEVRE, a Florida citizen,
        Defendant-Appellee,

LIGHTNING PARTNERS, LTD., a Florida limited
partnership, LIGHTNING PARTNERS, INC.,
a Florida corporation,
        Defendants-Counter-Claimants-Appellees,

LIGHTNING INTERNATIONAL, INC., a Florida
corporation, KOKUSAI GREEN, a corporation or
similar business entity, formed under the laws of Japan, et al.,
        Defendants-Appellees,

TAMPA COLISEUM, INC., MARC GANIS,
JAMES CUSACK,

        Counter-Defendants.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

ORDER:

    The Appellant's motion to file its brief and record excerpts out of time is DENIED.

_____
UNITED STATES CIRCUIT JUDGE

247

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 08, 1999

### MEMORANDUM TO COUNSEL OR PARTIES

RE: 99-10893-CC    Coliseum Holdings v. David Lefevre
DC DKT NO.: 97-00524 CIV-T-26E

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Christine Klimenko (404) 335-6172

MOT-2 (1-1999)