UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLISEUM HOLDINGS, INC.,
an Illinois corporation,

    Plaintiff,

v.                              Case No. 97-0524-CIV-T-26E

DAVID LEFEVRE, et al.,

    Defendants.
_____/

### DEFENDANTS' NOTICE REGARDING RETURN OF CASE FILE

In connection with defendants' pending motion for costs, the defendants hereby give notice of the return of the case file to this Court from the Eleventh Circuit pursuant to the attached order dismissing the appeal and notice to the district court clerk regarding the return of the record. (See this Court's order of October 7, 1999).

Respectfully submitted,

_____
Chris S. Coutroulis
Florida Bar Number 300705
E. Kelly Bittick, Jr.
Florida Bar Number 654035
CARLTON, FIELDS, WARD, EMMANUEL,
SMITH & CUTLER, P.A.
One Harbour Place
Tampa, Florida 33601
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by mail, this /3th day of October, 1999 to:

Lynn Cole, Esquire
Law Office of Lynn Cole, P.A.
One Tampa City Center Building
Suite 2700
Tampa, Florida 33602

Scott Szala, Esq.
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601

William G. Trumball, Esq.
501 E. Kennedy Blvd, Suite 1210
Tampa, Florida 33602

Nicholas Swerdloff, Esq.
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Blvd, Suite 2500
Miami, Florida 33131

Jeffrey R. Coleman, Esq.
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

_____
Attorney

TPA#1551012.01