# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION



COLISEUM HOLDINGS, INC.,
an Illinois corporation,

    Plaintiff,

v.    Case No. 97-0524-CIV-T-26E

DAVID LEFEVRE, et al.,

    Defendants.
_____/

## DEFENDANT LPL'S SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF ITS MOTION FOR COSTS

In its Order of June 28, this Court ruled that defendant LPL would be entitled to an award of costs incurred related to litigation over the Court's subject matter jurisdiction. Because LPL's original submission did not specifically identify those costs associated with litigation of the jurisdictional issue, the court invited LPL to specify such costs.

LPL notes at the outset that plaintiff concedes that $1,268.00 of the requested costs were associated with litigation of the jurisdictional issue. These amounts represent the costs of hearing transcripts and copies of pleadings directly associated with the jurisdictional hearings.[1] As plaintiff concedes these costs are related to the jurisdictional litigation, these should be awarded.

Plaintiff, however, fails to acknowledge additional costs incurred by LPL that were also clearly related to the litigation of jurisdictional issues. Specifically, as shown on page 9 of the schedule to LPL's Bill of Costs, LPL incurred $2,325.62 in copying and Bates-stamping costs in

---

[1] These items include two binders of exhibits filed with the Court in connection with the hearings [see the schedule attached to LPL's Bill of Costs, at page 2], as well as the last four pleadings filed in the case. [Id. at 8].

TPA#1628597.01

March 1999 for documents obtained from third parties Volume Services, Inc. (invoices dated 3/8/99 and 3/12/99) and Edward McGinty (invoice dated 3/25/99).

As shown by the legal memoranda and transcripts related to the jurisdictional hearings, one of the key jurisdictional issues was whether the claims at issue in this suit were ever assigned to Volume Services (sometimes referred to at the hearings and in papers as "VSI"), plaintiff's purported predecessor in interest. The documents from Volume Services were directly related to the jurisdictional issues before the Court, and were in fact obtained precisely because of their relevance to the jurisdictional issues. [See, e.g., Defendant's Corrected Memorandum on Subject Matter Jurisdiction, at 4-11; Transcript of 2/25/99 hearing at 113-121, 124-25, 132-33, 136-37, 140;[2] 2/26/99 Order at 1-2 (Dk# 224); Defendant's Supplemental Memorandum on Subject Matter Jurisdiction, at 2-11; 3/31/99 Tr. at 5-6].

Similarly, the copies of the documents obtained from Edward McGinty were obtained in March 1999 in connection with the jurisdictional litigation. Although his failure to appear to testify live was the subject of discussion at both hearings on jurisdiction [see 2/25/99 Tr. at 10-11, 3/31/99 Tr. at 7-9], McGinty clearly had a key role in the events at issue in those hearings, and submitted sworn declarations in support of plaintiff's position. [See Defendants' Supplemental Memorandum at 5, n.2, and 7-9]. Thus, the costs incurred in obtaining his documents were also related to the jurisdictional litigation, and should be awarded.

For all the foregoing reasons, LPL's Motion for Costs should be granted in the total amount of $3,593.62.

---

[2] As the cited transcript pages indicate, plaintiff itself urged the importance of obtaining and reviewing the Volume Service documents in connection with jurisdictional litigation.

Respectfully submitted,

_____
Chris S. Coutroulis
Florida Bar Number 300705
E. Kelly Bittick, Jr.
Florida Bar Number 654035
CARLTON, FIELDS, WARD, EMMANUEL,
SMITH & CUTLER, P.A.
One Harbour Place
Tampa, Florida 33601
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by mail, this 14th day of July, 2000 to:

Lynn Cole, Esquire
Law Office of Lynn Cole, P.A.
One Tampa City Center Building
Suite 2700
Tampa, Florida 33602


Scott Szala, Esq.
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois 60601

Gregory A. Adamski, Esq.
Adamski & Conti
Three First National Place
Chicago, IL 60602

_____
Attorney

- 3 -

TPA#1628597.01