UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLISEUM HOLDINGS,

    Plaintiff,

v.    Case No. 8:97-cv-524-T-26E

DAVID LEFEVRE, LIGHTNING
PARTNERS, LTD., LIGHTNING
PARTNERS, INC., LIGHTNING
INTERNATIONAL, INC.,
KOKUSAI GREEN, TAKASHE OKUBO,
YOSHIO NAKAMURA,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment for costs in the sum of $3,593.62 is hereby entered in favor of defendant, Lightning Partners, Ltd..

Date: July 25, 2000    SHERYL L. LOESCH, CLERK

By: _____
A. Guzman, Deputy Clerk